IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROGER DODSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. _____ |
| | ) | |
| | ) | Jury Demand |
| THE HARRINGTON & KING PERFORATING | ) | |
| CO., INC., HARRINGTON & KING SOUTH, | ) | |
| INC., and ANDREW LOVAAS, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Roger Dodson says:

1. Roger Dodson is a Cleveland, Bradley County, resident who was employed at the plant currently owned by Harrington & King South, Inc. (hereinafter "Harrington South") for 37 years until he was laid off in October 31, 2014 by Harrington South.

2. Harrington South is a Tennessee corporation with its principal office at 3939 Michigan Avenue Road NE, Cleveland, Tennessee 37323-5903. The Plaintiff was a long time employee at Harrington South, which is owned and controlled by its parent corporation The Harrington & King Perforating Co., Inc. (Harrington Perforating), a producer of perforated material, which provides holes in any size, shape, or arrangement of metals and non-metals. Harrington Perforating represented that it provided self-funded health insurance benefits to its employees including Mr. Dodson during 2014. The Plaintiff's premium of $472.00 per month for health insurance coverage for himself and his wife was deducted from the Plaintiff's weekly pay benefits. (Member ID 0075166, Group 114300, 0400-TN RETIREES)

1

3. This cause of action arises from the Defendants' failure to maintain health self-funded insurance for its Cleveland, Tennessee employees while deducting $472.00 per month from Mr. Dodson's pay for purported health insurance. Since the breach or tortious act occurred in Cleveland, Bradley County, Tennessee and Harrington South is a Tennessee corporation with its principal place of business in Bradley County, Tennessee, jurisdiction and venue are proper in this Court.

4. Attached hereto (See Exhibit 1) is a Certificate of Group Health Plan Coverage for Roger Dodson dated December 1, 2014. All times prior to this, Roger Dodson had been advised by his Employer that Benefit Administrative Systems, LLC, was administering his health insurance benefits through a Harrington Perforating funded health insurance fund. Attached hereto as Exhibit 2 is an IPMG Red Card issued by Harrington Perforating to the Plaintiff referencing Mr. Dodson membership ID.

5. In October 2014, your Plaintiff had an emergency appendectomy and assumed that he had health insurance coverage based on representations made by the Defendants. Attached hereto are the itemized medical bills that he has incurred as a result of this treatment:

| | | |
|---|---|---|
| (1) | Dr. John Bickel | $ 30.00 |
| (2) | Memorial Hospital (professional fee) | $ 50.00 |
| (3) | Emergency Physicians statements (Chattanooga Emergency Medicine) | $ 1,192.00 |
| (4) | Mountain Management Services | $ 25.00 |
| (5) | Optima Recover Services | $ 1,194.00 |
| (6) | Diagnostic Imaging Consultants | $ 1,194.00 |
| (7) | Diagnostic Pathology Services | $ 30.00 |
| (8) | Diagnostic Imaging Consultants | $ 252.00 |
| (9) | Memorial Hospital of Chattanooga | $ 26,461.66 |
| (10) | Dr. John Bisese | $ 942.00 |
| (11) | Dr. James Hoback | $ 25.00 |
| | Total Bills: | $ 31,395.66 |

See Exhibit 3.

6. When these bills were submitted first to Benefit Administrative Systems, LLC, Mr. Dodson received an Explanation of Benefits indicating that BAS was no longer the administrator for the group insurance for Harrington & King Perforating. Thereafter, the bills described in Paragraph 5 were submitted to IPMG for payment. Only subsequently did Mr. Dodson learn that the Defendants had fail to fund the group coverage referenced on the Explanation of Benefits and there was no coverage.

7. Upon information and belief Andrew Lovaas was the administrator of the self-funded Harrington & King Perforating Health Insurance Fund which purportedly provided health insurance to Roger Dodson. Because of financial problems with Harrington & King Perforating, Lovaas made a conscious decision not to properly fund the Harrington& King Perforating Health Insurance Fund which caused Mr. Dodson and many other employees to not have the requisite health insurance that they had paid for. Lovaas or the appropriate administrator of the Fund violated their fiduciary duties to the Fund and to the employees of Harrington & King Perforating who were paying for health insurance benefits.

8. Attached hereto as Exhibit 4 is Plaintiff's counsel's letter of July 22, 2015 to Andrew Lovaas and to Harrington & King South, Inc. making demand upon the Defendants to pay the claimed medical benefits. The Defendants refused this demand.

9. The Defendants have violated the terms and provisions of the Employee Retirement Income Security Program (ERISA) by failing to properly account for and fund employee health plans and have diverted said monies to other non-related obligations of the Defendants. The Defendants have violated 29 U.S.C. §1021 and have responsibility to the Plaintiff and others for their failure to properly account and fulfill their duties as administrators of the Fund. Under 29

3

U.S.C. §1132, your Defendants are responsible for penalties, the underlying medical bills and attorney's fees.

WHEREFORE, your Plaintiff prays that a jury be empaneled to try the issues when joined and that he be awarded delinquent contributions on behalf of all employees of The Harrington & King Perforating Co., Inc., et al., all amounts owed for medical bills, attorney's fees and penalties in an amount to be decided by the enlightened conscious of the jury.

Respectfully submitted,

LOGAN-THOMPSON, P.C.

By: /s/Robert G. Norred, Jr.
    ROBERT G. NORRED, JR. (BPR#012740)
    Attorneys for Plaintiff
    PO Box 191
    Cleveland, TN 37364-0191
    423/476-2251



225 SMITH ROAD / ST. CHARLES, ILLINOIS 60174 /630-789-2082/ FAX 630-789-2093

12/01/2014

ROGER DODSON
139 CLEAR LAKE RD
MCDONALD, TN 37353

## CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

*IMPORTANT - KEEP THIS CERTIFICATE. This certificate is evidence of your coverage under this plan. Under a federal law known as HIPAA, you may need evidence of your coverage to reduce a preexisting condition exclusion period under another plan, to help you get special enrollment in another plan, or to get certain types of individual health coverage even if you have health problems.

1.  Date of this certificate:                          12/01/2014
2.  Name of group health plan:                 Harrington & King Perforating
3.  Name of participant:                             ROGER DODSON
4.  Identification number of participant:     600000176
5.  Name of individuals to whom this certificate applies:
        ROGER DODSON
        ROSA DODSON
6.  Name, address, and telephone number of plan administrator or issuer responsible for providing this certificate:

        IPMG
        225 Smith Road
        St. Charles, IL 60174
        (630) 789-2082

7.  For further information, call:        (630) 789-2082
8.  If the individual(s) identified in line 5 has (have) at least 18 months of creditable coverage (disregarding periods of coverage before a 63-day break), check here and skip lines 9 and 10:
9.  Date waiting period or affiliation period (if any) began: 11/01/2014
10. Date coverage began: Medical  11/01/2014                    Dental
11. Date coverage ended: Medical 12/31/2014          Dental

See attached Statement of HIPAA Portability Rights

## STATEMENT OF HIPAA PORTABILITY RIGHTS

IMPORTANT - KEEP THIS CERTIFICATE. This certificate is evidence of your coverage under this plan. Under a federal law known as HIPAA, you may need evidence of your coverage to reduce a preexisting

EXHIBIT



**IPMG**

Questions?
800/423-1641
www.ipmg.com/ebs

**RED CARD**

**Member**

Employer: Harrington & King Perforating
Group #: 600
Member: ROGER DODSON
Member ID: 600000176
Dependent
ROSA DODSON                                01

**Medical Plan**

Effective: 11/01/2014          **PHCS**
Employee + Spouse
                              www.multiplan.com
                              800/245-1940

Deductible & Co-insurance may apply.

**Pharmacy Plan**

RxBIN: 610011              catamaran
RxPCN: IRX
RxGRP: TBB
                          www.mycatamaranrx.com
                          Customer Service
                          800/820-1163

Retail Copays: Gen $10 / Brand $40



**EXHIBIT**
bobbler



**BaS** Benefit Administrative Systems, LLC
17475 Jovanna Drive, Suite 1D
Homewood IL 60430-1082

# Explanation of Benefits
## RETAIN FOR TAX PURPOSES
## THIS IS NOT A BILL

**Forwarding Service Requested**

ᵗᵖᵖᵗᵖᵗᵗᵖᵗᵗᵗᵗᵖᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗᵗ
**********************MIXED AADC 373      b
542 2 MB 0.435
ROGER DODSON
139 CLEAR LAKE ROAD
MCDONALD TN 37353

### Customer Service

Questions? Contact us at
(800) 843-3831 or fax us at (708) 799-7533

| | |
|---|---|
| Enrollee: | ROGER DODSON |
| Patient: | ROGER DODSON |
| Member ID: | 0075166 |
| Group: | HARRINGTON & KING PERFORATING |
| Group#: | 114300 |
| Location: | 0400 |
| Location Name: | 0400 - TN RETIREES |
| Dep Code: | e |
| Date: | 12/04/2014 |

| | | | |
|---|---|---|---|
| Claim#: | 29166524-01 | Patient#: 9358901 | |
| Patient: | ROGER DODSON | Provider: JOHN T BICKEL MD | |

| Dates of Service | Service Code | Total Charge | Ineligible Amount | Reason Code | Discount Amount | Eligible Expense | Deductible Amount | Co-pay Amount | Balance Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31-10/31/2014 | 98 | $30.00 | $30.00 | TT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $30.00 | $30.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

| | |
|---|---|
| Primary Carriers Allowed Amount | $0.00 |
| Other Credits or Adjustments | $0.00 |
| Total Net Payment | $0.00 |

**Patient's Responsibility:** $30.00

### Service Code Description

| | |
|---|---|
| 98 | INELIGIBLE |

### Reason Code Description

| | |
|---|---|
| TT | BAS IS NO LONGER THE CLAIMS ADMIN. CONTACT PATIENT FOR UPDATED INSURANCE INFORMATION |

### Additional Information

*** IF YOUR CLAIM IS DENIED IN PART OR WHOLE, YOU MAY APPEAL THE DETERMINATION BY SUBMITTING WRITTEN COMMENTS, DOCUMENTS, RECORDS OR OTHER INFORMATION RELATING TO THE CLAIM, AND, UPON REQUEST AND FREE OF CHARGE, RECEIVE COPIES OF ALL DOCUMENTS, RECORDS AND OTHER INFORMATION RELEVANT TO THE CLAIM. YOUR APPEAL MUST BE SUBMITTED IN WRITING TO THE PLAN ADMINISTRATOR WITHIN 180 DAYS AFTER RECEIPT OF THIS NOTICE. YOU WILL BE NOTIFIED OF THE DETERMINATION WITHIN 60 DAYS AFTER RECEIPT OF YOUR APPEAL. IN ADDITION, FOLLOWING THE DETERMINATION OF YOUR APPEAL YOU HAVE A RIGHT TO BRING A CIVIL ACTION UNDER SECTION 502 (A) OF ERISA.





EXHIBIT
3

Mountain Management Services
5600 Brainerd Road, Suite 500
Chattanooga, TN 37411



0000000559

|ᵗᵗ|ᵗₚₘₐₗₚₗ|ᵗₗ|ᵗᵗₘₐₗₚₗₗₘₐₗₗₗₗₗₗₗₗᵗₗᵗₗᵗₗₚₗ|ᵗₗₘₐₗ|

***PERSONAL AND CONFIDENTIAL***
ROGER D DODSON (XPF )
139 CLEAR LAKE RD
MC DONALD, TN  37353-5765

**IF THIS LETTER IS NOT ADDRESSED TO YOU, DO NOT OPEN
RETURN TO POSTAL CARRIER UNOPENED**

☐ Please check box if above address is incorrect or if insurance information
has changed and indicate change(s) on reverse side.
Please detach and return the top portion with your payment.

| Account Number | Customer Date | |
|---|---|---|
| 153650XPF | 05/18/15 | $50.00 |

VISA ☐ VISA   ☐ MASTERCARD   DISCOVER ☐ DISCOVER

| CARD NUMBER | | CVV2 CODE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP. DATE |
| PATIENT NAME | ROGER D DODSON | | DAYTIME PHONE NUMBER |

## MAKE CHECK PAYABLE TO:

MEMORIAL HOSPITAL PRO FEE
PO BOX 116426
ATLANTA, GA 30368

### STATEMENT OF ACCOUNT

Primary Insurance:                Secondary Insurance:

| Date of Service | Physician & Description | Charges | INSURANCE PAYMENTS | ADJUSTMENTS/ DISCOUNTS | PATIENT PAYMENTS | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| | Account: 153650XPF | | | | | |
| 10/30/14 | HOBACK  EKG INTERPRET & RPT | 25.00 | | | | 25.00 |
| 10/30/14 | HOBACK  EKG INTERPRET & RPT | 25.00 | | | | 25.00 |

| CURRENT | 30-60 DAYS | 61-90 DAYS | 90-120 DAYS | > 120 DAYS | CHARGES STILL OUT TO INSURANCE | TOTAL PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|
| | 25.00 | | | 25.00 | | $50.00 |

Messages: If you are paying on more than one statement, please send a separate check for each account number. For billing
inquiries call **Mountain Management Services** at **423-495-4848**. Hours Mon - Fri 8:30 AM - 5:00 PM. Email
questions to: PatientAccounts@Memorial.org

Statement of Charges

# EMERGENCY PHYSICIAN STATMENT

CHATTANOOGA EMERGENCY MED PLLC   PO BOX 94274   OKLAHOMA CITY, OK  73143-4274



| ACCOUNT NUMBER | STATEMENT DATE | TAX I.D. NO. |
|---|---|---|
| 0038424054 | 05/06/2015 | 20-8550713 |

THESE CHARGES ARE FOR THE EMERGENCY PHYSICIAN'S SERVICES AND ARE NOT INCLUDED IN YOUR HOSPITAL BILL. IF YOU HAVE ANY QUESTIONS ABOUT THIS BILL PLEASE DO NOT CALL THE HOSPITAL, CALL 800-225-0953 (EN ESPANOL 800-856-5838). TO AVOID PEAK HOURS CALL TUE-FRI BETWEEN 7AM AND 7PM CENTRAL STANDARD TIME.

| DATE OF SERVICE | PLACE OF SERVICE | EMERGENCY PHYSICIAN |
|---|---|---|
| 10/30/2014 | MEMORIAL HOSPITAL CHATTANOOGA, TN | SUSY VERGOT, DO |

PATIENT NAME
ROGER DODSON

| DATE OF SERVICE | CPT CODES | DESCRIPTION OF SERVICES/PROCEDURES | AMOUNT |
|---|---|---|---|
| 10/30/2014 | 99291 | CRITICAL CARE, INITIAL, FIRST 30 - 74 MINUTES | 1192.00 |
| | | TOTAL CHARGES | 1192.00 |

TRANSACTIONS:
03/04/2015   Ins. Claim Mailed to:   IPMG-EBS

**Payment Reminder - Flexible Spending Accounts and Health Savings accounts may be used for all unpaid balances. Please consider our pay online option when selecting your electronic payment method. You may also call 800-225-0953 for assistance with processing your payment. Thank You**

**NOTICE: Please be advised that a late payment fee may be added to your account if payment is not received by the due date specified below.  To avoid the fee, please remit the balance due now.  Thank you.**

| | Due Date | Balance Due |
|---|---|---|
| **Pay online http://epay.pdc4u.com/020060** | 06/03/2015 | $1192.00 |

THESE CHARGES ARE FOR THE EMERGENCY PHYSICIAN'S SERVICES AND ARE NOT INCLUDED IN YOUR HOSPITAL BILL. IF YOU HAVE ANY QUESTIONS ABOUT THIS BILL PLEASE DO NOT CALL THE HOSPITAL, CALL 800-225-0953 (EN ESPANOL 800-856-5838). TO AVOID PEAK HOURS CALL TUE-FRI BETWEEN 7AM AND 7PM CENTRAL STANDARD TIME.

---

TO INSURE PROPER CREDIT, DETACH THIS PORTION AND RETURN WITH PAYMENT          PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

CHATTANOOGA EMERGENCY MED PLLC          01409
PO BOX 96408
OKLAHOMA CITY, OK  731436408

0038424054 - ACCT NO.          1192.00 - BAL DUE

PATIENT NAME: ROGER DODSON

Payment amount authorized: $ _____
(Circle one): M/C   VISA   DISC   E-CK   A/E

Card# | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | Exp Dt ____

MAKE CHECK PAYABLE TO:
CHATTANOOGA EMERGENCY MED PLLC

Signature _____

Printed Cardholder Name _____

55390-07A* 8
ROGER DODSON
139 CLEAR LAKE RD
MC DONALD TN  37353-5765

CHATTANOOGA EMERGENCY MED PLLC
PO BOX 94274
OKLAHOMA CITY OK  73143-4274

**For inquiries call 1-800-225-0953**
(En Español 1-800-856-5838)
Pay online http://epay.pdc4u.com/020060

IF PAYING BY CREDIT CARD, FILL OUT BELOW

| MASTERCARD | DISCOVER | VISA |
| --- | --- | --- |



| CARD NUMBER | | CW2 | SHOW AMOUNT PAID |
| --- | --- | --- | --- |
| CARDHOLDER'S NAME | | | EXP DATE |
| SIGNATURE | | | STATEMENT DATE 3/23/2015 |

| CREDITOR | ACCOUNT # | PAY THIS AMOUNT |
| --- | --- | --- |
| DIAGNOSTIC IMAGING CONSULTANTS LLC | 3222408 | $ 1,194.00 |

6215 Kingston Pike, Suite B
P.O. Box 52968
Knoxville, TN 37950-2968
(865) 862-0590
Toll Free (877) 755-9800

**\*PERSONAL AND CONFIDENTIAL\***



0000000510

ı|ıl¹|ıl|ıl¹ıl|ıl|ı|ıl|ıl|ıl|ıl|ıl|ı|ıl|ıl|ı|ıl|ıl

ROGER DALE DODSON
139 CLEAR LAKE RD
MC DONALD, TN 37353-5765

## Optima Recovery Services, LLC.

6215 Kingston Pike, Suite B
P.O. Box 52968
Knoxville, TN 37950-2968

125

☐ Please check box and complete reverse side if your information has changed or you would like to set up a payment plan.

---

### THE ABOVE ACCOUNT(S) HAVE BEEN LISTED WITH THIS OFFICE FOR COLLECTION.

If paid in full to this office, all collection activity will be stopped. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

A $29.00 service charge will be added on returned checks.



3/23/2015

3222408
ROGER DALE DODSON
139 CLEAR LAKE RD
MC DONALD, TN 37353-5765

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector.

See reverse side for important information.

To pay online use access code 1.2870373.461 in the " Create New Account" box. After you create the account, you can access this page at any time to make payments or review account information.

You may now pay your bill...
- Online at **www.optimarecoveryservices.com** with a credit card or check.
- By credit card, by completing **above** and mail in.
- By bank draft, by completing **reverse** side and mailing in.
- By phone at **(865) 862-0590** or toll free **(877) 755-9800** to pay with a credit card or check.

**Diagnostic Imaging Consultants**
601 Dodds Avenue
Chattanooga TN 37404

CHECK CREDIT CARD USED FOR PAYMENT AND FILL OUT BELOW.
☐ MasterCard ☐ VISA ☐ DISCOVER ☐ AMERICAN EXPRESS

CARD NUMBER                          SECURITY CODE

NAME ON CARD (PLEASE PRINT)          EXP. DATE

SIGNATURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 02/27/2015 | DI1  8829250 | $1,194.00 |

Office Phone:   866/730-5619
Toll Free:      866/730-5619

Amount Remitted: _____

Pay online at www.ePayitOnline.com
CodeID: **MEDICAL6** Access #: **4496976-1-308**



3421  1 AT 0.406 *14            03421

ROGER DALE DODSON
139 Clear Lake Rd
Mc Donald  TN  37353-5765

Diagnostic Imaging Consultants
601 Dodds Avenue
Chattanooga  TN  37404-3911

MEDICAL6-0415610-0003421-4496976-001-000308-#004736-0015

PLEASE RETURN TOP PORTION WITH PAYMENT

---

# THIS IS YOUR FINAL NOTICE!

This is our final effort to have you pay your past due account. Your account with Diagnostic Imaging Consultants may be turned over to our collection agency and/or an attorney to file a lawsuit in small claims court unless we receive payment within the next 15 days.

Please understand that not bringing your account up to date could adversely affect your credit rating.

Respond to this collection notice today.

## FINAL NOTICE!

### MINIMUM PAYMENT OF $100.00 IS REQUIRED
### THE PAYMENT PLAN TERM SHALL NOT EXCEED 6 MONTHS
### DUE IMMEDIATELY

Diagnostic Imaging Consultants
601 Dodds Avenue
Chattanooga  TN  37404

Office Phone:   866/730-5619
Toll Free:      866/730-5619

Patient Name:   ROGER D DODSON
Account #:      DI1  8829250
Amount Due:     $1,194.00

*To pay this statement electronically go to www.ePayItOnline.com or scan the barcode to the right with your mobile device or tablet*

SCAN FOR
MOBILE
PAYMENT



MEDICAL6-0415610-0003421-4496976-001-000308-#004736-0015

DM-RCP-SP-00 (Vea por favor el lado inverso para mas explicacion en espanol)

PATIENT NAME

ROGER D DODSON

MAKE CHECKS PAYABLE TO:

DIAGNOSTIC PATHOLOGY SVC
PO BOX 490998
LAWRENCEVILLE GA 30049-0052
866/759-4528

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

Page 1 of 1

# FINAL NOTICE
## *******************
# PLEASE REMIT
# BALANCE OF $30.00

For questions call, 866/759-4528 and when prompted enter your identification number as follows 2461*935890*1
OPERATOR AVAILABLE 8:30AM - 6:00PM EST
PLEASE DETACH AND RETURN THE BOTTOM PORTION WITH PAYMENT

DIAGNOSTIC PATHOLOGY SVC
PO BOX 490998
LAWRENCEVILLE GA 30049

| ACCOUNT NUMBER | PATIENT NAME |
|---|---|
| 2461*935890.1 | ROGER D DODSON |

| STATEMENT DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|
| 02/24/2015 | $30.00 | |

 

Temp-Return Service Requested

To make credit card payments:
www.peryourhealth.com (see statement detail for account number and password) or call 866/759-4528

NOGA*935*935890.1

2461

MAKE CHECKS PAYABLE AND REMIT TO:

MED50E.A4PH7Y000553.J01DBF.000509 000508

ROGER D DODSON
139 CLEAR LAKE RD
MC DONALD TN 37353-5765

DIAGNOSTIC PATHOLOGY SVC
PO BOX 490998
LAWRENCEVILLE GA 30049-0052



**Bas** Benefit Administrative Systems, LLC
17475 Jovanna Drive, Suite 1D
Homewood IL 60430-1082

# Explanation of Benefits
## RETAIN FOR TAX PURPOSES
## THIS IS NOT A BILL

**Forwarding Service Requested**

**Customer Service**

Questions? Contact us at
(800) 843-3831 or fax us at (708) 799-7533

|||||||||||||||||||||||||||||||||||||||||||
************************MIXED AADC 373
542 2 MB 0.435                          b
ROGER DODSON
139 CLEAR LAKE ROAD
MCDONALD TN 37353

| | |
|---|---|
| Enrollee: | ROGER DODSON |
| Patient: | ROGER DODSON |
| Member ID: | 0075166 |
| Group: | HARRINGTON & KING PERFORATING |
| Group#: | 114300 |
| Location: | 0400 |
| Location Name: | 0400 - TN RETIREES |
| Dep Code: | e |
| Date: | 12/04/2014 |

**Claim#:** 29149016-01
**Patient:** ROGER DODSON

**Patient#:** DI100882082201
**Provider:** JOHN H BISESE MD

| Dates of Service | Service Code | Total Charge | Ineligible Amount | Reason Code | Discount Amount | Eligible Expense | Deductible Amount | Co-pay Amount | Balance Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-10/30/2014 | 98 | $252.00 | $252.00 | TT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $252.00 | $252.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Primary Carriers Allowed Amount | | | | | | | | | | | $0.00 |
| Other Credits or Adjustments | | | | | | | | | | | $0.00 |
| Total Net Payment | | | | | | | | | | | $0.00 |

**Patient's Responsibility:** $252.00

**Service Code Description**

| | |
|---|---|
| 98 | INELIGIBLE |

**Reason Code Description**

| | |
|---|---|
| TT | BAS IS NO LONGER THE CLAIMS ADMIN. CONTACT PATIENT FOR UPDATED INSURANCE INFORMATION |

**Additional Information**

*** IF YOUR CLAIM IS DENIED IN PART OR WHOLE, YOU MAY APPEAL THE DETERMINATION BY SUBMITTING WRITTEN COMMENTS, DOCUMENTS, RECORDS OR OTHER INFORMATION RELATING TO THE CLAIM, AND, UPON REQUEST AND FREE OF CHARGE, RECEIVE COPIES OF ALL DOCUMENTS, RECORDS AND OTHER INFORMATION RELEVANT TO THE CLAIM. YOUR APPEAL MUST BE SUBMITTED IN WRITING TO THE PLAN ADMINISTRATOR WITHIN 180 DAYS AFTER RECEIPT OF THIS NOTICE. YOU WILL BE NOTIFIED OF THE DETERMINATION WITHIN 60 DAYS AFTER RECEIPT OF YOUR APPEAL. IN ADDITION, FOLLOWING THE DETERMINATION OF YOUR APPEAL YOU HAVE A RIGHT TO BRING A CIVIL ACTION UNDER SECTION 502 (A) OF ERISA.

**Diagnostic Imaging Consultants**
601 Dodds Avenue
Chattanooga  TN  37404

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW.

☐ MasterCard  ☐ VISA  ☐ DISCOVER  ☐ AMERICAN EXPRESS

CARD NUMBER _____  SECURITY CODE _____

NAME ON CARD (PLEASE PRINT) _____  EXP. DATE _____

SIGNATURE _____

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT | |
|---|---|---|---|
| 04/10/2015 | DI1  8820822 | $252.00 | AMOUNT PAID |

Toll Free: 866/730-5619  IRS# 62-0853566

Pay online at www.ePayitOnline.com
CodeID: **MEDICAL4** Access #: 4572583-1-1587

2194  1 AT 0.406 *10        02194

ROGER DALE DODSON
139 Clear Lake Rd
■ Mc Donald  TN  37353-5765

MAKE CHECK PAYABLE & REMIT TO:

Diagnostic Imaging Consultants
601 Dodds Avenue
Chattanooga  TN  37404-3911

MEDICAL4-0420844-0002194-4572583-001-001587-#002447-0001

↞ DETACH HERE ↠

AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

| Date | Patient | Code | Description of Services | Credits/Adj. | Amount |
|---|---|---|---|---|---|
| 10/30/14 | ROGER | 74177/26 | CT ABDOMEN AND PELVIS | | $252.00 |

IMPG/MONICA-CANT FIND PT PLEASE CALL WITH COR
DOS: 10/30/14 DENIED by I P M G B: 57202
CORRECT PRIMARY INS INFO NEEDED
DOS: 10/30/14 DENIED BY MEDICARE CAHABA B: 57886
Expenses incurred prior to coverage.
Services rendered at: MEMORIAL HOSPITAL
MEDICARE CAHABA billed on 01/14/15.
I P M G billed on 01/21/15.
Claim 1 Total:

YOUR INSURANCE CLAIM HAS BEEN REJECTED. PLEASE SUBMIT PAYMENT
IMMEDIATELY.

*To pay this statement electronically go to*
*www.ePayitOnline.com or scan the barcode*
*to the right with your mobile device or tablet*

SCAN FOR
MOBILE
PAYMENT

**MINIMUM PAYMENT OF $100.00 IS REQUIRED**
**THE PAYMENT PLAN TERM SHALL NOT EXCEED 6 MONTHS**
**DUE IMMEDIATELY**

**BALANCE DUE: $252.00**

| Patient: ROGER | Account Number: DI1  8820822 | Statement Date: 04/10/2015 |
|---|---|---|
| Location: MEMORIAL EMERGENCY ROOM | Referring Physician: VERGOT, SUSY L, M.D. | |

**Diagnostic Imaging Consultants**
601 Dodds Avenue
Chattanooga  TN  37404

Toll Free: 866/730-5619  IRS# 62-0853566

# IPMG
## INSURANCE PROGRAM MANAGERS GROUP
225 SMITH ROAD
ST CHARLES, IL 60174

**Return Service Requested**

3-DIGIT 373

9071 0.5234 AT 0.403

ROGER DODSON                                                     40
139 CLEAR LAKE RD
MC DONALD, TN 37353-5765

Customer Service (630) 789-2082
Monday - Friday 8:00 AM - 5:00 PM

WWW.IPMG.COM

| | |
|---|---|
| Claim No: | 214001099 |
| Group Name: | Harrington & King Perforating Company |
| Employer No: | HARDE 000600 |
| Employee Name: | DODSON, ROGER |
| Id. Number: | 600-600000176 |
| Patient Name: | ROGER DODSON |
| Provider: | DIAGNOSTIC IMAGING CONSLT |
| Processed Date: | 01/06/15 |
| Patient Account: | DI100882925001 |

Network: PHCS WITH MULTIPLAN WRAP NETWORK

## Explanation of Benefits

| Service Dates | Description of Service | Total Charge | Reduced By | Code | Not Covered | Code | Deductible Amount | Eligible Expense | Paid At % | Benefit Amount | Patient Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/14-11/10/14 | RADIOLOGY | 252.00 | | | 252.00 | 55 | | | | | 0.00 |
| | Totals: | 252.00 | | | 252.00 | | | | | 0.00 | 0.00 |

Amount Paid By Primary Plan    0.00
Total Payment This Claim    0.00

## Code Description

55    A benefit determination cannot be made at this time. Please submit the Explanation of Medicare Benefits that corresponds to these charges. Your claim will be re-evaluated as soon as this information has been received.

If your claim is not paid in full, you or your authorized respresentative may appeal the claim within 180 days following the receipt of the determination. The appeal must be made in writing and include any written comments, documents, records, or other information relating to the claim that you would like to be taken into consideration. The appeal should be directed to:
*    Claims Appeal Administrator
*    IPMG Employee Benefits Serv
*    225 Smith Rd
*    St Charles IL 60174
You, or your authorized representative, will be notified of the decision on your appeal no later than 30 days after the receipt of your written request. If your appeal is denied, in whole or in part, or this plan should fail to follow the appeal procedures established above, you will be deemed to have exhausted the administrative remedies available under the Plan and will be entitled to bring a civil action under ERISA section 502(a).



**CHI Memorial** **Memorial Hospital of Chattanooga**
BOX 830913 (Use mail address below)
Birmingham, AL 35283-0913

May 14, 2015

**ROGER D. DODSON**

Patient Reference Number:        0040246096

Payment Due Date:        Due Upon Receipt

Date(s) of Service:        10/31/2014 - 11/01/2014
Message ID:                                CHPSTM2A

002444
0202

**CHANGE SERVICE REQUESTED**

#BWNHDKX
#8520010006600012#
||ılı|ılılı||ı||ılılıı|ıplı|llı||ılılı||ılı|ılı|
ROGER D. DODSON
139 CLEAR LAKE RD
MC DONALD, TN 37353-5765

## *Thank you for choosing Memorial Hospital of Chattanooga*

### Account Summary

Total Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$26,461.66

Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0.00

Paid by Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0.00

Already Paid by Patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0.00

**Amount you owe now** . . . . . . . . . . . . . . . . . . . . . . . . . .$26,461.66

**Page 1**
• *Account Summary*
• *Payment Stub*
• *Phone Number*

**Page 2**
• *Important Information*
• *Payment Options*
• *How to Reach Us*
• *Changes to Personal Information*

**Page 3**
• *Understanding Your Statement*
• *Statement Details*

651822 (PC4)

Detach and return bottom portion with payment. Please make checks or money orders
payable in U.S. funds to Memorial Hospital of Chattanooga and include your patient reference number.

May 14, 2015                                                        37287

**ROGER D. DODSON**

Patient Reference Number:        0040246096
Payment Due Date:        Due Upon Receipt

Date(s) of Service:        10/31/2014 - 11/01/2014

*Phone: Memorial Hospital of Chattanooga (se habla Español)*
        Cusotmer Service 1(877)721-6504
        Monday - Friday 8:30am to 5:00pm

Q0559283 852001000660001                37287*TCN0EAGN1000249

| DUE DATE | | AMOUNT YOU OWE |
| --- | --- | --- |
| Due Upon Receipt | | **$26,461.66** |

☐ Please check box if address above is incorrect or insurance information
has changed, and indicate change(s) on reverse side.

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER:
CARDHOLDER SIGNATURE                                        EXP. DATE

CARDHOLDER NAME (please print)                        CARDHOLDER PHONE #

**AMOUNT AUTHORIZED / ENCLOSED  $** _____

**REMIT PAYMENT TO:**

MEMORIAL HOSPITAL OF CHATTANOOGA
PO BOX 644492
PITTSBURGH, PA 15264-4492



# Bas
**Benefit Administrative Systems, LLC**
17475 Jovanna Drive, Suite 1D
Homewood IL 60430-1082

# Explanation of Benefits
### RETAIN FOR TAX PURPOSES
## THIS IS NOT A BILL

**Forwarding Service Requested**

ıllʿıll·ıllˈˈlıllˈlıllˈllˈˈllˈllˈˈllˈllˈllˈll
**************************MIXED AADC 373
542 2 MB 0.435                     ᵇ
ROGER DODSON
139 CLEAR LAKE ROAD
MCDONALD TN 37353

| Customer Service | |
| --- | --- |
| Questions? Contact us at | |
| (800) 843-3831 or fax us at (708) 799-7533 | |
| Enrollee: | ROGER DODSON |
| Patient: | ROGER DODSON |
| Member ID: | 0075166 |
| Group: | HARRINGTON & KING PERFORATING |
| Group#: | 114300 |
| Location: | 0400 |
| Location Name: | 0400 - TN RETIREES |
| Dep Code: | e |
| Date: | 12/04/2014 |

**Claim#:** 29160307-01
**Patient:** ROGER DODSON

**Patient#:** DI100882925001
**Provider: JOHN H BISESE MD**

| Dates of Service | Service Code | Total Charge | Ineligible Amount | Reason Code | Discount Amount | Eligible Expense | Deductible Amount | Co-pay Amount | Balance Amount | Paid At | Payment Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/11-11/11/2014 | 98 | $627.00 | $627.00 | TT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| 11/14-11/14/2014 | 98 | $315.00 | $315.00 | TT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $942.00 | $942.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | | | | Primary Carriers Allowed Amount | | | | $0.00 |
| **Patient's Responsibility:** | | **$942.00** | | | | | Other Credits or Adjustments | | | | $0.00 |
| | | | | | | | Total Net Payment | | | | $0.00 |

| Service Code Description | |
| --- | --- |
| 98 | INELIGIBLE |

| Reason Code Description | |
| --- | --- |
| TT | BAS IS NO LONGER THE CLAIMS ADMIN. CONTACT PATIENT FOR UPDATED INSURANCE INFORMATION |

## Additional Information

*** IF YOUR CLAIM IS DENIED IN PART OR WHOLE, YOU MAY APPEAL THE DETERMINATION BY SUBMITTING WRITTEN COMMENTS, DOCUMENTS, RECORDS OR OTHER INFORMATION RELATING TO THE CLAIM, AND, UPON REQUEST AND FREE OF CHARGE, RECEIVE COPIES OF ALL DOCUMENTS, RECORDS AND OTHER INFORMATION RELEVANT TO THE CLAIM. YOUR APPEAL MUST BE SUBMITTED IN WRITING TO THE PLAN ADMINISTRATOR WITHIN 180 DAYS AFTER RECEIPT OF THIS NOTICE. YOU WILL BE NOTIFIED OF THE DETERMINATION WITHIN 60 DAYS AFTER RECEIPT OF YOUR APPEAL. IN ADDITION, FOLLOWING THE DETERMINATION OF YOUR APPEAL YOU HAVE A RIGHT TO BRING A CIVIL ACTION UNDER SECTION 502 (A) OF ERISA.

**IPMG**
**INSURANCE PROGRAM MANAGERS GROUP**
225 SMITH ROAD
ST CHARLES, IL 60174

201501083308

**Return Service Requested**

3-DIGIT 373

9071 0.5234 AT 0.403

ROGER DODSON                                    40
139 CLEAR LAKE RD
MC DONALD, TN 37353-5765

| Customer Service (630) 789-2082 |
|---|
| Monday - Friday 8:00 AM - 5:00 PM |
| **WWW.IPMG.COM** |

| | |
|---|---|
| Claim No: | 214000999 |
| Group Name: | Harrington & King Perforating Company |
| Employer No: | HARDE 000600 |
| Employee Name: | DODSON, ROGER |
| Id. Number: | 600-600000176 |
| Patient Name: | ROGER DODSON |
| Provider: | DIAGNOSTIC IMAGING CONSLT |
| Processed Date: | 01/06/15 |
| Patient Account: | DI100882925001 |

Network: PHCS WITH MULTIPLAN WRAP NETWORK

## Explanation of Benefits

| Service Dates | Description of Service | Total Charge | Reduced By | Code | Not Covered | Code | Deductible Amount | Eligible Expense | Paid At % | Benefit Amount | Patient Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/14-11/11/14 | SURGERY | 315.00 | | | 315.00 | 55 | | | | | 0.00 |
| 11/11/14-11/11/14 | SURGERY | 627.00 | | | 627.00 | 55 | | | | | 0.00 |
| | Totals: | 942.00 | | | 942.00 | | | | | 0.00 | 0.00 |

Amount Paid By Primary Plan          0.00
Total Payment This Claim          0.00

## Code Description

55      A benefit determination cannot be made at this time.  Please submit the Explanation of Medicare Benefits that
        corresponds to these charges.  Your claim will be re-evaluated as soon as this information has been received.

        If your claim is not paid in full, you or your authorized respresentative may appeal the claim within 180 days following the receipt of the determination.
        The appeal must be made in writing and include any written comments, documents, records, or other information relating to the claim that you would like to
        be taken into consideration. The appeal should be directed to:
        *         Claims Appeal Administrator
        *         IPMG Employee Benefits Serv
        *         225 Smith Rd
        *         St Charles IL 60174
        You, or your authorized representative, will be notified of the decision on your appeal no later than 30 days after the receipt of your written request.
        If your appeal is denied, in whole or in part, or this plan should fail to follow the appeal procedures established above, you will be deemed to have
        exhausted the administrative remedies available under the Plan and will be entitled to bring a civil action under ERISA section 502(a).

# Bas

Benefit Administrative Systems, LLC
17475 Jovanna Drive, Suite 1D
Homewood IL 60430-1082

## Explanation of Benefits
### RETAIN FOR TAX PURPOSES
### THIS IS NOT A BILL

**Forwarding Service Requested**

**************************MIXED AADC 373
542 2 MB 0.435                                    b
ROGER DODSON
139 CLEAR LAKE ROAD
MCDONALD TN 37353

### Customer Service

Questions? Contact us at
(800) 843-3831 or fax us at (708) 799-7533

| | |
|---|---|
| Enrollee: | ROGER DODSON |
| Patient: | ROGER DODSON |
| Member ID: | 0075166 |
| Group: | HARRINGTON & KING PERFORATING |
| Group#: | 114300 |
| Location: | 0400 |
| Location Name: | 0400 - TN RETIREES |
| Dep Code: | e |
| Date: | 12/04/2014 |

| | |
|---|---|
| Claim#: | 29141797-01 |
| Patient: | ROGER DODSON |

**Patient#: 000153650XPF09925**
**Provider: JAMES HOBACK JR**

| Dates of Service | Service Code | Total Charge | Ineligible Amount | Reason Code | Discount Amount | Eligible Expense | Deductible Amount | Co-pay Amount | Balance Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-10/30/2014 | 98 | $25.00 | $25.00 | TT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $25.00 | $25.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

| | |
|---|---|
| Primary Carriers Allowed Amount | $0.00 |
| Other Credits or Adjustments | $0.00 |
| Total Net Payment | $0.00 |

**Patient's Responsibility:**  $25.00

### Service Code Description
| | |
|---|---|
| 98 | INELIGIBLE |

### Reason Code Description
TT   BAS IS NO LONGER THE CLAIMS ADMIN. CONTACT PATIENT FOR UPDATED INSURANCE INFORMATION

### Additional Information
*** IF YOUR CLAIM IS DENIED IN PART OR WHOLE, YOU MAY APPEAL THE DETERMINATION BY SUBMITTING WRITTEN COMMENTS, DOCUMENTS, RECORDS OR OTHER INFORMATION RELATING TO THE CLAIM, AND, UPON REQUEST AND FREE OF CHARGE, RECEIVE COPIES OF ALL DOCUMENTS, RECORDS AND OTHER INFORMATION RELEVANT TO THE CLAIM. YOUR APPEAL MUST BE SUBMITTED IN WRITING TO THE PLAN ADMINISTRATOR WITHIN 180 DAYS AFTER RECEIPT OF THIS NOTICE. YOU WILL BE NOTIFIED OF THE DETERMINATION WITHIN 60 DAYS AFTER RECEIPT OF YOUR APPEAL. IN ADDITION, FOLLOWING THE DETERMINATION OF YOUR APPEAL YOU HAVE A RIGHT TO BRING A CIVIL ACTION UNDER SECTION 502 (A) OF ERISA.



Mountain Management Services
5600 Brainerd Road, Suite 500
Chattanooga, TN 37411

0000000706

‖ₗ‖ₗ‖ₗₗₗₗ‖ₗₗₗ‖ₗₗₗ‖ₗₗₗₗ‖ₗₗ‖ₗ‖ₗ‖ₗₗₗₗ‖‖ₗₗ‖ₗ‖ₗₗ‖

***PERSONAL AND CONFIDENTIAL***
ROGER D DODSON (XPF )
139 CLEAR LAKE RD
MC DONALD, TN  37353-5765

**IF THIS LETTER IS NOT ADDRESSED TO YOU, DO NOT OPEN
RETURN TO POSTAL CARRIER UNOPENED**

| Account Number | Statement Date | Amount Due Now |
|---|---|---|
| 153650XPF | 03/09/15 | $25.00 |

VISA ☐ VISA   ☐ MASTERCARD   DISCOVER ☐ DISCOVER

| CARD NUMBER | | CVV2 CODE | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP. DATE |
| PATIENT NAME  ROGER D DODSON | | | DAYTIME PHONE NUMBER |

**MAKE CHECK PAYABLE TO:**

MEMORIAL HOSPITAL PRO FEE
PO BOX 116426
ATLANTA, GA 30368

☐ Please check box if above address is incorrect or if insurance information
has changed and indicate change(s) on reverse side.
Please detach and return the top portion with your payment.

| STATEMENT OF ACCOUNT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Primary Insurance: | | | Secondary Insurance: | | | | |
| Date of Service | Physician & Description | | Charges | INSURANCE PAYMENTS | ADJUSTMENTS/ DISCOUNTS | PATIENT PAYMENTS | PATIENT BALANCE |
| | Account: 153650XPF | | | | | | |
| 10/30/14 | HOBACK  EKG INTERPRET & RPT | | 25.00 | | | | 25.00 |

| CURRENT | 30-60 DAYS | 61-90 DAYS | 90-120 DAYS | > 120 DAYS | CHARGES STILL OUT TO INSURANCE | TOTAL PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|
| | | 25.00 | | | 25.00 | $25.00 |

Messages:  If you are paying on more than one statement, please send a separate check for each account number. For billing
inquiries call **Mountain Management Services at 423-495-4848**. Hours Mon - Fri 8:30 AM - 5:00 PM. Email
questions to: PatientAccounts@Memorial.org
THIS IS THE SECOND STATEMENT WE HAVE SENT TO THIS ADDRESS

LAW OFFICES

# LOGAN-THOMPSON, P.C.

COPY

James F. Logan, Jr.
James S. Thompson
Kenneth L. Miller
Robert S. Thompson
Philip M. Jacobs
Robert G. Norred, Jr. *
*Also licensed in Georgia

Professional Corporation
30 Second Street, NW
P. O. Box 191
Cleveland, TN 37364-0191

Matthew G. Coleman
Laurie H. Hallenberg
James S. Webb, Of Counsel
Bill B. Moss (1938-2014)
T: (423) 476-2251
F: (423) 476-2252
www.loganthompsonlaw.com

July 22, 2015

Mr. Tad Ostrander
Harrington & King South, INC.
3939 Michigan Ave
Cleveland, TN 37323

Harrington & King Perforating Company, INC
5655 West Fillmore St. Chicago, IL 60644-5504
ATTN: Andrew Lovaas

RE: Roger Dodson

Gentlemen:

We are contacting you regarding Roger Dodson, who is a 37-year employee of your company in the Cleveland plant. Mr. Dodson had an emergency appendectomy in October 2014. For health insurance for Mr. Dodson and his wife, Mr. Dodson had been paying $472 per month to Harrington & King Perforating (0400-TN Retirees).

When Mr. Dodson submitted his medical bills to Benefit Administrative Systems, LLC, whom he now knows was just a third party administrator, they denied his claims indicating that they were no longer the claims administrator for Harrington & King. Thereafter, Mr. Dodson was provided the letter indicating that IPMG (Insurance and Program Managers Group) had coverage for this loss, and his bills were submitted to that entity. IMPG took the position that Mr. Dodson was eligible for Medicare and that that entity should be paying his bills. At the time of the claim, Mr. Dodson was 64 years old and was not eligible for Medicare Health Insurance Benefits. The following attached bills remain unpaid:

| | | | |
|---|---|---|---|
| 1. | Dr. John Bickel | $ | 30.00 |
| 2. | Memorial Hospital (professional fee) | $ | 50.00 |
| 3. | Emergency Physician statements (Chattanooga Emergency Medicine) | $ | 1,192.00 |
| 4. | Mountain Management Services | $ | 25.00 |
| 5. | Optima Recover Services | $ | 1,194.00 |
| 6. | Diagnostic Imaging Consultants | $ | 1,194.00 |
| 7. | Diagnostic Pathology Services | $ | 30.00 |

Building a Tradition of Legal Services



EXHIBIT
4

| 8.  | Diagnostic Imaging Consultants | $   252.00  |
| --- | --- | --- |
| 9.  | Memorial Hospital of Chattanooga | $26,461.66 |
| 10. | Dr. John Bisese | $   942.00 |
| 11. | Dr. James Hoback | $     25.00 |
|     | Total Bills: | $31,395.66 |

Ultimately, Tadd advised Mr. Dodson of the truth that his employer had not been paying him to the requisite amounts into their self-insurance fund and his medical benefits were not going to be paid.

When an employer has a self-funded health insurance claim, the failure to properly fund the obligations violates ERISA and more specifically 29 U.S.C §1132. We also expect that there are certain individuals with Harrington that are considered fiduciaries for purposes of properly funding employee health plans and that they would be individually responsible for these charges as a result of the non-funding of the plan or diversion of monies to other areas. We would expect that the administrator of the plan would also be deemed to have violated the 29 U.S.C §1021 (Duty of Disclosure and Reporting) and that that person would also have some individual responsibility to Mr. Dodson.

Under the provisions of 29 U.S.C. §1132(g), a Court should award the unpaid contributions ($31,395.66), interest on the unpaid contributions, reasonable attorney's fees and other legal equitable fees that the Court deems appropriate. In this case, Mr. Dodson demands that the enclosed bills be paid as they should have been under the fund, his attorney's fees of $1500 should be paid directly to our firm and Mr. Dodson should be allowed the right to submit additional bills not included here in the part of the non-covered plan as a result of Harrington's failure to fund the plan. If these actions are not taken or corrected within ten (10) days of the date of this letter, the appropriate action will be taken to enforce these remedies.

Sincerely,

Robert G. Norred, Jr.

RGNjr:bjm
Enclosures
cc:    Mr. Roger Dodson