IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROGER DODSON ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-287 |
| ) | |
| ) | |
| HARRINGTON & KING SOUTH, INC., et al. ) | |
|     Defendant ) | |

## MOTION FOR DEFAULT JUDGMENT

Comes now ROGER DODSON and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, ROGER DODSON _____ relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

_[signature]_
Attorney for Plaintiff