UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ROGER DODSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:15-cv-287 |
| v. ) | |
| ) | Judge Mattice |
| HARRINGTON & KING ) | |
| SOUTH, INC., *et al.*, ) | Magistrate Judge Steger |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

The Court hereby **REFERS** Plaintiff's Motions for Default Judgment (Docs. 14, 15, 16) to United States Magistrate Judge Christopher H. Steger. Magistrate Judge Steger is designated to submit a Report and Recommendation on the Motions and take whatever actions he deems appropriate pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

**SO ORDERED** this 24th day of March, 2016.

                                                  */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE