UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ROGER DODSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:15-cv-287 |
| v. ) | |
| ) | Judge Mattice |
| HARRINGTON & KING ) | |
| SOUTH, INC., *et al.*, ) | Magistrate Judge Steger |
| ) | |
| *Defendants*. ) | |
| ) | |

## <u>ORDER</u>

On June 7, 2016, Defendants The Harrington & King Co, Inc. and Harrington & King South, Inc. filed a "Suggestion of Bankruptcy" on the record, suggesting that they are entitled to an automatic stay pursuant to 11 U.S.C. § 362. (Doc. 21).

The remaining parties—that is, Plaintiff, and Defendant Andrew Lovaas—**SHALL** file supplemental written responses to Defendants' Notice **no later than Monday, June 27, 2016**. These responses should address the parties' positions with regard to whether any part of this action may proceed in light of Defendants' Notice of Bankruptcy, and if so, the parties' expectations for the timing and trajectory of this litigation.

**SO ORDERED** this 21st day of June, 2016.

      */s/ Harry S. Mattice, Jr.*
      HARRY S. MATTICE, JR.
      UNITED STATES DISTRICT JUDGE