UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| Roger Dodson,<br><br>　　　Plaintiff,<br><br>v.<br><br>The Harrington & King Perforating Co., Inc., Harrington & King South, Inc., and Andrew Lovaas,<br><br>　　　Defendants. | No. 1:15-CV-00287-HSM-CHS<br><br>Jury Demanded |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that this cause is dismissed on its merits as to all parties in its entirety, with prejudice against its refiling.

Respectfully submitted this 20th day of March, 2017.

| | |
|---|---|
| /s/Robert G. Norred, Jr. | /s/Troy S. Weston |
| Robert G. Norred, Jr., BPR # 012740 | Tasha C. Blakney, BPR # 019971 |
| Logan-Thompson, P.C. | Troy S. Weston, BPR # 027613 |
| P.O. Box 191 | Eldridge & Blakney, P.C. |
| Cleveland, Tennessee 37364 | The Cherokee Building |
| 423.476.2251 | 400 W. Church Avenue, Suite 101 |
| 423.472.0211 (facsimile) | Knoxville, Tennessee 37902 |
| | 865.544.2010 |
| Counsel for Roger Dodson | 865.544.2015 (facsimile) |
| | Counsel for Andrew Lovaas |