UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| ROGER DODSON, | ) | |
|---|---|---|
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:15-cv-287 |
| v. | ) | |
| | ) | Judge Mattice |
| HARRINGTON & KING | ) | |
| SOUTH, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| | ) | |
| *Defendants*. | | |

## ORDER

On June 7, 2016, Defendants Harrington & King South, Inc. and The Harrington & King Perforating Co., Inc. filed a Suggestion of Bankruptcy in which they informed the Court that they have filed for bankruptcy relief in the United States Bankruptcy Court for the Northern District of Illinois. (Doc. 21). The only other Defendant, Andrew Lovaas, was dismissed from this action on March 20, 2017 pursuant to the Parties' Stipulation of Dismissal. (Doc. 46). Accordingly, the instant action is hereby **STAYED** pursuant to the automatic stay provisions of 11 U.S.C. § 362.

Defendants Harrington & King South, Inc. and The Harrington & King Perforating Co., Inc. are **ORDERED** to submit a status report on July 31, 2017, and every 90 days thereafter. Defendants are further **ORDERED** to notify the Court within ten days of any resolution of their bankruptcy proceeding.

**SO ORDERED** this 2nd day of May, 2017.

                                            */s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE