UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Roger Dodson

    Plaintiff,

v.                            Case No. 1:15-cv-287

The Harrington & King Perforating Co., Inc. et al.

    Defendant.

FILED MAY 11 2017

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **The Harrington & King Perf. Co. & H&K South Inc.**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    **Illinois**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/9/2017

_____
(Signature–hand signed)

Name: Sara E. Lorber

Firm: The Law Office of William J. Factor
Address:

    105 W. Madison St., Suite 1500 / Chicago IL 60602

Email address: slorber@wfactorlaw.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

\* \* \* **INCLUDE CERTIFICATE(S) OF SERVICE** \* \* \*

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Sara E. Lorber

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Sara E. Lorber was duly admitted to practice in said Court on (03/22/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/09/2017 )

                            Thomas G. Bruton , Clerk,

                           By: /Yulonda Thomas
                              Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Roger Dodson<br><br>                Plaintiff,<br><br>v.<br><br>The Harrington & King Perforating Co, Inc. et al.<br><br>                Defendants | Case No.: 15-cv-287 |



## CERTIFICATE OF SERVICE

    I, Z. James Liu, an attorney, hereby certify that on May 10, 2017, I caused a copy of the attached Motions for Admission Pro Hac Vice of attorneys William J. Factor, Sara E. Lorber, and Z. James Liu to be served by U.S. mail on the person identified on the attached Service List.

Dated: May 10, 2017                        **The Harrington & King Perforating Co., Inc., and Harrington & King South, Inc.**

                                               By: /s/ Z. James Liu
                                               One of its attorneys

William J. Factor (IL 6205675)
Sara E. Lorber (IL 6229740)
Zhijun James Liu (IL 6313367)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: jliu@wfactorlaw.com