# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGE

| | |
|---|---|
| **ROGER DODSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Docket No. 1:15-cv-00287** |
| ) | |
| **HARRINGTON & KING SOUTH, INC.,** ) | **Judge Mattice** |
| **THE HARRINGTON & KING PERFORATING** ) | |
| **CO., INC., et al** ) | **Magistrate Judge Steger** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, Roger Dodson hereby dismisses Harrington & King South, Inc. and The Harrington & King Perforating Co., Inc. as party Defendants in the above-referenced proceeding.

Respectfully submitted,

LOGAN-THOMPSON, P.C.

By: s/Robert G. Norred, Jr.
ROBERT G. NORRED, JR. (BPR#012740)
Attorneys for Plaintiff
P.O. Box 191
Cleveland, TN 37364-0191
423/476-2251
Fax: 423/476-2252
rnorred@loganthompsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2017 a copy of the foregoing pleading was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

1

                                      LOGAN-THOMPSON, P.C.
                                      By: s/Robert G. Norred, Jr.
                                      ROBERT G. NORRED, JR. (BPR#012740)
                                      P.O. Box 191
                                      Cleveland, TN 37364-0191
                                      423/476-2251
                                      Fax: 423/476-2252
                                      rnorred@loganthompsonlaw.com

| | |
|---|---|
| William J. Factor | wfactor@wfactorlaw.com |
| Sara E. Lorber | slorbert@wfactorlaw.com |
| Z. James Liu | jliu@wfactorlaw.com |
| Tasha C. Blakney | tblakney@eblaw.us |
| Troy S. Weston | tweston@eblaw.us |